CM/ECF ntcm1
(Rev. 12/21/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Gary Allen Graves )  Case No.: 18−12855−JDW
      Debtor(s) )  Chapter: 7
       )  Judge: Jason D. Woodard
       )
       )

NOTICE IS HEREBY GIVEN that a

*13* − Motion to Avoid Judicial Lien with Ford Motor Credit Company, LLC Filed by Robert H. Lomenick Jr. on behalf of Gary Allen Graves. (Lomenick, Robert)

has been filed in the above caption case.

LAST DAY TO FILE OBJECTIONS OR RESPONSES IS 9/24/18.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said date; otherwise, the Court may consider said motion immediately after the objection or response due date.

Dated: 8/28/18

                                               Shallanda J. Clay
                                               Clerk, U.S. Bankruptcy Court

                                   BY: LLG
                                           Deputy Clerk